**No. 43626.**—Protests 167405–G, etc., of M. D. S. Zekaria et al. (New York).

Opinion by TILSON, J. Venice laces similar to those involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) were held dutiable at 75 percent under paragraph 1430 as claimed.